

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Rashad Lee, Appellant

No. 06-14-00112-CR     v.

The State of Texas, Appellee

Appeal from the 76th District Court of Morris County, Texas (Tr. Ct. No. 10,947CR). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error related to the judgment of conviction entered in this matter. Because we lack jurisdiction to hear appellant's point of error concerning the trial court's Order to Withdraw Funds, we dismiss his second point of error for want of jurisdiction.

We note that the appellant, Rashad Lee, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 9, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk